HOWARD A. KROLL, CA Bar No. 100981
howard.kroll@cph.com
DANIELLE M. CRIONA, CA Bar No. 204074
danielle.criona@cph.com
STEVEN E. LAURIDSEN, CA Bar No. 246364
steven.lauridsen@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
TACORI ENTERPRISES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>        Plaintiff,<br><br>    vs.<br><br>PINK DIAMOND,<br><br>        Defendant. | Case No. CV07-3939 GAF (RCx)<br><br>**NOTICE OF MOTION AND MOTION FOR MONETARY AND PRECLUSION SANCTIONS**<br><br>DATE: September 17, 2008<br>TIME: 9:30 a.m.<br>CTRM: 23, 3rd Floor |
| PINK DIAMOND,<br><br>        Counterclaimant,<br><br>    vs.<br><br>TACORI ENTERPRISES,<br><br>        Counterdefendant. | Hon. Rosalyn M. Chapman<br><br>Discovery Cutoff: Aug. 12, 2008<br>Pretrial Conference: Sept. 22, 2008<br>Trial Date: Oct. 21, 2008 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, on September 17, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Rosalyn M. Chapman, in Courtroom 23 of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, Plaintiff Tacori Enterprises ("Tacori") will bring on for hearing its Motion to For Monetary and Preclusion Sanctions against Defendants Beverlly Jewellery Company ("Beverlly") and Pink Diamond and/or to Compel the Deposition of Beverlly. Specifically, Tacori will ask this Court to issue an Order:

1. that Defendants and their counsel reimburse Tacori $1,163.75 for its costs in procuring a court reporter and Cantonese interpreter on August 5, 2008;

2. that Defendants and their counsel reimburse Tacori $450.00 for the fee incurred by Tacori when it cancelled the Cantonese interpreter for the proposed deposition on August 8, 2008;

3. that Defendants and their counsel pay Tacori $12,672.50 for its attorneys' fees in preparing for and attending the aborted August 5, 2008 deposition, for preparing its *ex parte* application and for preparing this motion; and

4. that, pursuant to Rule 37(b)(2)(A)(ii) of the Federal Rules of Civil Procedure, Defendants be precluded from introducing matters into evidence related to Beverlly's design, dates of design, sales, and dates of sales of any ring containing crescents in the side of the shank, that was purportedly designed or sold by Beverlly before 2000; or, in the alternative,

    to compel the 30(b)(6) deposition of Beverlly and (a) Defendants and their counsel shall reimburse Tacori for the costs of the court

CHRISTIE, PARKER & HALE, LLP

reporter and the Cantonese interpreter for that deposition, (b) the deposition shall resume for four hours of actual deposition time, and (c) a discovery referee shall be appointed by the Court to attend the resumed deposition and that Defendants and their counsel shall pay for the costs, if any, of that discovery referee.

This Motion is made pursuant to Rules 30(d)(2), 37(a)(5), 37(b)(2)(A)(ii), 37(d)(1)(A)(i) and 37(d)(3) of the Federal Rules of Civil Procedure on the grounds that Defendants have refused to allow the deposition of Beverlly to proceed despite this Court's July 14, 2008 Order that the deposition must take place on or before August 8, 2008.

Tacori's Motion is based on this Notice, the accompanying Joint Stipulation Regarding Tacori's Motion for Monetary and Preclusion Sanctions and/or to Compel Beverlly's Deposition, the Declaration of Howard A. Kroll, the Declaration of Steven E. Lauridsen, the pleadings and papers on file, and such further written or oral evidence or argument as this Court permits.

Pursuant to Local Rule 37, the parties attempted to resolve this dispute by email and in person on August 13, 2008 and August 14, 2008.

DATED: August 26, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
Howard A. Kroll
Danielle M. Criona
Steven E. Lauridsen

Attorneys for Plaintiff,
TACORI ENTERPRISES

SEL PAS810874.1-*-08/26/08 2:38 PM

-3-

## CERTIFICATE OF SERVICE

I certify that on August 26, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION FOR MONETARY AND PRECLUSION SANCTIONS** was served on the parties in this action by E-MAIL & U.S. MAIL addressed as follows:

>Allen B. Felahy
>Oscar Ramirez
>Julia Aparacio-Mercado
>FELAHY & ASSOCIATES
>One World Trade Center, Suite 2350
>Long Beach, CA  90831

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on August 26, 2008 at Pasadena, California.

_____
Roxanne Gaines

RG PAS809256.1-*-08/26/08 2:04 PM