JS-6

1  | HOWARD A. KROLL, CA Bar No. 100981
   | howard.kroll@cph.com
2  | DANIELLE M. CRIONA, CA Bar No. 204074
   | danielle.criona@cph.com
3  | STEVEN E. LAURIDSEN, CA Bar No. 246364
   | steven.lauridsen@cph.com
4  | CHRISTIE, PARKER & HALE, LLP
   | 350 West Colorado Boulevard, Suite 500
5  | Post Office Box 7068
   | Pasadena, California 91109-7068
6  | Telephone: (626) 795-9900
   | Facsimile: (626) 577-8800
7  |
   | Attorneys for Plaintiff and Counterdefendant,
8  | TACORI ENTERPRISES

9

10  UNITED STATES DISTRICT COURT

11  CENTRAL DISTRICT OF CALIFORNIA

12

13  | TACORI ENTERPRISES,          | Case No.  CV07-3939 GAF (RCx)

14  |        Plaintiff,             | **CONSENT JUDGMENT AND**
                                      **PERMANENT INJUNCTION**
15  |     vs.                       | **AGAINST DEFENDANT PINK**
                                      **DIAMOND**
16  | PINK DIAMOND,

17  |        Defendant.

18  | PINK DIAMOND,

19  |        Counterclaimant,

20  |     vs.

21  | TACORI ENTERPRISES,

22  |        Counterdefendant.

23

24

25

26

27

28

-1-

Plaintiff, Tacori Enterprises ("Tacori"), and Defendant Pink Diamond ("Pink"), having settled this action on the terms and conditions stated herein, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, the Lanham Act of 1946 as amended, 15 U.S.C. §§ 1051, *et seq.*, and California statutory and common laws.  This Court has jurisdiction over these claims under 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331, 1338(a) and 1367(a).

2.    Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3.    Tacori is a California corporation with its principal place of business at 1736 Gardena Avenue, Glendale, California.

4.    Pink has its principal place of business at 550 S. Hill Street, #1470, Los Angeles, California.

5.    At all relevant times, Tacori complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of HT 2229 and HT 2259 (collectively the "Tacori Copyrights").    Copies of the Certificates of Registration and Supplementary Registrations from the Register of Copyrights for the Tacori Copyrights are attached to this Consent Judgment as Exhibit A.

6.    The Tacori Copyrights are valid and enforceable.

7.     Pink non-willfully infringed the Tacori Copyrights.

8.     Pink purchased the infringing rings from Beverlly Jewellery Company Limited of Hong Kong.

9.  HT 2229 and HT 2259 also incorporate the "Tacori Trade Dress," which consists of two essentially concentric rings, with one ring having a larger diameter than the other.  Embedded between the concentric rings are at least two semi-circles or arcs which appear contiguous to each other.  Contained within each semi-circle or arc is a stone.  A space is created between the contiguous semi-circles or arcs.  Pictures reflecting the Tacori Trade Dress are attached to this Consent Judgment as Exhibit B.

10.    The Tacori Trade Dress is valid and enforceable.

11.    Pink non-willfully infringed the Tacori Trade Dress.

12.    Pink purchased the infringing rings from Beverlly Jewellery Company Limited of Hong Kong.

13.    Judgment shall be entered in favor of Tacori and against Pink, on the Complaint and Counterclaim, in the amount of $150,000, which reflects a reimbursement of Tacori's attorney's fees and a disgorgement of Pink's profits for selling rings which infringe the Tacori Copyrights and the Tacori Trade Dress.

14.    Pink and Pink's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or

-3-

participating with them, are hereby permanently enjoined, directly or indirectly, from:

      (a)    imitating, copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Tacori Copyrights and Tacori Trade Dress;

      (b)    engaging in any other activity constituting an infringement of the Tacori Copyrights and Tacori Trade Dress, or constituting any dilution of the Tacori Trade Dress, or constituting any infringement of Tacori's rights in, or right to use or exploit the Tacori Copyrights and Tacori Trade Dress; and

      (c)    knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 14(a) through 14(b) above.

15.    The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms.  This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

CHRISTIE, PARKER & HALE, LLP

1

**SO ORDERED.**

2

DATED:  September 10, 2008

3

4

5

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

The individuals executing this Consent Judgment and Permanent Injunction represent or confirm that they are duly authorized to do so, and are similarly authorized to bind each of the signatories to this Consent Judgment and Permanent Injunction.

CONSENTED TO:

DATED:  September 5, 2008           Respectfully submitted,
                                    TACORI ENTERPRISES


By _____
   Haig Tacorian

DATED:  September 5, 2008           Respectfully submitted,
                                    PINK DIAMOND


By _____
   Sam Azemoon

SCL PAS812282.1-*-09/11/08 10:13 AM

-6-

1   The individuals executing this Consent Judgment and Permanent Injunction

2   represent or confirm that they are duly authorized to do so, and are similarly

3   authorized to bind each of the signatories to this Consent Judgment and

4   Permanent Injunction.

5

6   CONSENTED TO:

7

8   DATED:  September 5, 2008          Respectfully submitted,

9                                     TACORI ENTERPRISES

10

11  By _____

12     Haig Tacorian

13  DATED:  September 5, 2008          Respectfully submitted,

14                                     PINK DIAMOND

15

16  By _____

17     Sam Azemoon

18

19  SBL PAS812282.1-*-09/5/08 2:55 PM

20

21

22

23

24

25

26

27

28

-6-

1    The individuals executing this Consent Judgment and Permanent Injunction

2   represent or confirm that they are duly authorized to do so, and are similarly

3   authorized to bind each of the signatories to this Consent Judgment and

4   
5   Permanent Injunction.

6    CONSENTED TO:

7
8   DATED:  September 8, 2008          Respectfully submitted,
9                                      TACORI ENTERPRISES
10
11                                     By _____
12                                        Haig Tacorian
13   DATED:  September 8, 2008          Respectfully submitted,
14                                      PINK DIAMOND
15
16                                     By _____
17                                        Sam Azemoon
18
19   SEL PAS812282.1-*-09/5/08 2:24 PM
20
21
22
23
24
25
26
27
28

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE

**VA 1-120-166**

EFF.

Jul 31 2001
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
HT 2229 TACORI "CRESECENT SILHOUETTE" RING DESIGN

**NATURE OF THIS WORK ▼** See Instructions
JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
TACORI ENTERPRISES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2000 ◄ Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 10   Year ▶ 2000
USA ◄ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TACORI ENTERPRISES, INC
607 SOUTH HILL STREET #414   LOS ANGELES, CA 90014

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 20 2001
ONE DEPOSIT RECEIVED
Jul 31 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**EXHIBIT** A
**PAGE** 7

DO NOT WRITE HERE
Page 1 of 1 pages

EXAMINED BY ~~my~~ JMM

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**HAIG TACORIAN**
**607 SOUTH HILL STREET #414**
**LOS ANGELES, CA 90014**

Area code and daytime telephone number ▶ ( 213 ) 488-0692      Fax number ▶ ( 213 )488-0635

Email ▶ info@tacori.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**HAIG TACORIAN**      Date ▶ 12/11/01

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
**HAIG TACORIAN**

Number/Street/Apt ▼
**607 SOUTH HILL STREET #414**

City/State/ZIP ▼
**LOS ANGELES, CA 90014**

**9**

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money   As of July 1, 1999,
   order payable to Register of Copyrights   the filing fee for
3. Deposit material   Form VA is $30.
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000

♻ PRINTED ON RECYCLED PAPER

**EXHIBIT** A

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Certificate of Registr..........n



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
RE

**VA 1–237–005**

| TX | TAU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Dec   29   2003
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**A**

Title of Work ▼
HT 2229 TACORI  CRESECENT SILHOUETTE  RING DESIGN

Registration Number of the Basic Registration ▼
VA 1 120 166

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
TACORI ENTERPRISES  INC

Name(s) of Copyright Claimant(s) ▼
TACORI ENTERPRISES  INC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a              Line Heading or Description  NAME OF AUTHOR

Incorrect Information as It Appears in Basic Registration ▼

TACORI ENTERPRISES  INC

Corrected Information ▼

TACORI ENTERPRISES

Explanation of Correction ▼

The official name of the corporation does not include  INC

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 2b              Line Heading or Description  NAME OF AUTHOR

Amplified Information and Explanation of Information ▼

Line Number  2b  Line Heading or Description  Name of Author
Incorrect Information  None supplied
Corrected Information  Anais Designs  Inc
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Was this contribution to the work a "work made for hire"
Incorrect Information  None supplied
Corrected Information  Yes
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description   Author's Nationality or Domicile
Incorrect Information  None supplied
Corrected Information  Citizen or domicile of USA
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire   name and related information was accidentally omitted

---

MORE ON BACK ▶   Complete all applicable spaces (D–G) on the reverse side of this page      **EXHIBIT  4**      DO NOT WRITE HERE
See detailed instructions.        Sign the form at Space F                                    PAGE  9      Page 1 of

FORM CA RECEIVED

**DEC 29 2003**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☐ YES   ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**D** Continuation of   ☐ Part B  or  ☐ Part C

Line Number  2b  Line Heading or Description  Was this author's contribution to the work anonymous or pseudonymous
Incorrect Information  None supplied
Corrected Information  Anonymous  No  Pseudonymous  No
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Nature of Authorship
Incorrect Information  None Supplied
Corrected Information  Jewelry Design
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

**E** Correspondence  Give name and address to which correspondence about this application should be sent

Howard A  Kroll  Esq
350 W  Colorado Blvd  Suite 500
Pasadena  CA 91105

Phone ( 626 ) 795 9900         Fax ( 626 ) 577 8800         Email  howard.kroll@cph.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name

Account Number

**F** Certification*  I, the undersigned, hereby certify that I am the  (Check only one)

☐ author          ☐ owner of exclusive rights(s)
☐ other copyright claimant  ☑ duly authorized agent of   Tacon Enterprises
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼   Howard A  Kroll                    Date ▼  12-22-03

Handwritten signature (X) ▼

**G** Certificate will be mailed in window envelope to this address

Name ▼
Howard A  Kroll  Esq

Number/Street ▼
350 W  Colorado Blvd  Suite 500

City/State/ZIP ▼
Pasadena  CA 91105

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** *CA* **/CON**
UNITED STATES COPYRIGHT OFFICE

R  **VA 1-237-005**

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

Dec 29 2003
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
DEC 29 2003

Page 3 of 4 pages

---

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- **TITLE** (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

HT 2229 TACORI  CRESBCENT SILHOUETTE  RING DESIGN

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

TACORI ENTERPRISES  INC  607 South Hill Street #414  Los Angeles  CA 90014

---

**B**
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH<br>Year Born▼          Year Died▼ |
|---|---|

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH<br>Year Born▼          Year Died▼ |
|---|---|

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH<br>Year Born▼          Year Died▼ |
|---|---|

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

**EXHIBIT** *A*

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the

**CONTINUATION OF** (Check which)   ☐ Space 1   ☑ Space B, C   ☐ Space 6

**C**

Continuation
of other
Spaces

Line Number  4  Line Heading or Description  Copyright Claimants
Incorrect Information  TACORI ENTERPRISES  INC
                      607 South Hill Street  #414
                      Los Angeles  California 90014
Corrected Information  TACORI ENTERPRISES
                      1736 Gardena Avenue
                      Glendale  California 91204
Explanation  The official name of the corporation does not include  INC   They have changed address

Line Number  4  Line Heading or Description   Transfer
Incorrect Information  None Supplied
Corrected Information  by Assignment
Explanation  Information was accidentally omitted

**D**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Howard A. Kroll  Esq

Number/Street ▼
350 W. Colorado Street, Suite 500

City/State/Zip ▼
Pasadena  California 91105

Complete all necessary spaces
Sign your application

1 Application form
2 Nonrefundable fee in check or
  money order payable to Register
  of Copyrights
3 Deposit material

Library of Congress Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1−327−576**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*August 22 2005*
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

HT 2229 TACORI "CRESECENT SILHOUETTE" RING DESIGN

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-120-166 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| TACORI ENTERPRISES, INC. | TACORI ENTERPRISES, INC. |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number **3a**                    Line Heading or Description  Year creation of this work was completed

**Incorrect Information as It Appears in Basic Registration ▼**

2000

**Corrected Information ▼**

1999

**Explanation of Correction ▼**

The year in which the work was created was mistaken.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____   Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

EXHIBIT *A*
PAGE *13*

FORM CA RECEIVED
AUG 2 2 2005

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE □

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES □ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B or □ Part C

Line Number: 3b
Line Heading or Description: Date and Nation of First Publication of this Particular Work
Incorrect Information: Month: 10 Day: 10 Year: 2000
Corrected Information: Month: 11 Day: 17 Year: 1999
Explanation: The date on which the work was published was mistaken.

Correspondence: Give name and address to which correspondence about this application should be sent.

Howard A. Kroll, Esq.
350 West Colorado Blvd., Suite 500, Pasadena, California 91105

Phone ( 626 ) 795-9900          Fax ( 626 ) 577-8800          Email howard.kroll@cph.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
□ author                    □ owner of exclusive right(s)
□ other copyright claimant   ☒ duly authorized agent of Tacori Enterprises
                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Howard A. Kroll, Esq.                    Date 8/18/05

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Howard A. Kroll, Esq.

Number/Street/Apt ▼
350 West Colorado Blvd., Suite 500

City/State/ZIP ▼
Pasadena, California 91105

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT A
PAGE 16
U.S. Government Printing Office

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM VA**
For a Work of the Visual Arts

VA 1 – 187 – 165

**EFFECTIVE DATE OF REGISTRATION**

DEC 0 3 2002
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
HT 2259 Tacori "Crescent Silhouette" Ring Design

**NATURE OF THIS WORK ▼ See Instructions**
Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Tacori Enterprises, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **Year in Which Creation of This Work Was Completed**
2001
Year   in all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month  10   Day  09   Year  2002
ONLY if this work has been published.   USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Tacori Enterprises, INC.
1736 Gardena Ave. Glendale CA 91204

**APPLICATION RECEIVED**
DEC 0 3 2002
**ONE DEPOSIT RECEIVED**
DEC 0 3 2002   APR 0 9 200?
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXHIBIT A

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                   **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Haig Tacorian
1736 Gardena Ave.
Glendale, CA 91204

Area code and daytime telephone number   ( 213 ) 488-0692          Fax number   ( 650 )745-1136

Email   paul@tacori.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Haig Tacorian                                              Date 11/13/02

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Haig Tacorian

Number/Street/Apt ▼
1736 Gardena Ave.

City/State/ZIP ▼
Glendale, CA 91204

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT** _A_
**PAGE** _16_

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REC

**VA 1-237-019**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**Dec 29 2003**
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## A

**Title of Work ▼**
HT 2259 Tacori  Crescent Silhouette  Ring Design

**Registration Number of the Basic Registration ▼**
VA 1 187 165

**Year of Basic Registration ▼**
2002

**Name(s) of Author(s) ▼**
TACORI ENTERPRISES  INC

**Name(s) of Copyright Claimant(s) ▼**
TACORI ENTERPRISES  INC

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number  **2a**                    Line Heading or Description  NAME OF AUTHOR

**Incorrect Information as It Appears in Basic Registration ▼**
TACORI ENTERPRISES  INC

**Corrected Information ▼**
TACORI ENTERPRISES

**Explanation of Correction ▼**
The official name of the corporation does not include  INC

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number  **2b**                    Line Heading or Description  NAME OF AUTHOR

**Amplified Information and Explanation of Information ▼**

Line Number  2b  Line Heading or Description   Name of Author
Incorrect Information   None supplied
Corrected Information   Anais Designs Inc
Explanation   Anais Designs Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description   Was this contribution to the work a "work made for hire
Incorrect Information   None supplied
Corrected Information   Yes
Explanation   Anais Designs Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description   Author's Nationality or Domicile
Incorrect Information   None supplied
Corrected Information   Citizen or domicile of USA
Explanation   Anais Designs Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire   name and related information was accidentally omitted

EXHIBIT __A__
PAGE __17__

MORE ON BACK ▶    Complete all applicable spaces (D-G) on the reverse side of this page    DO NOT WRITE HERE

| FORM CA RECEIVED | FORM CA |
|---|---|
| DEC 29 2003 | |
| FUNDS RECEIVED DATE | |

| EXAMINED BY | |
|---|---|
| CORRESPONDENCE ☐ | FOR COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES   ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of   ☐ Part B   or   ☐ Part C

**D**

Line Number  2b  Line Heading or Description  Was this author's contribution to the work anonymous or pseudonymous
Incorrect Information  None supplied
Corrected Information  Anonymous - No  Pseudonymous  No
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Nature of Authorship
Incorrect Information  None Supplied
Corrected Information  Jewelry Design
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

**E**

Correspondence  Give name and address to which correspondence about this application should be sent

Howard A  Kroll  Esq
350 W  Colorado Blvd  Suite 500
Pasadena  CA 91105

Phone ( 626 ) 795 9900        Fax ( 626 ) 577-8800        Email  howard kroll @ cph com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name _____

Account Number _____

**F**

Certification  I, the undersigned  hereby certify that I am the (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of  Tecon Enterprises
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Howard A  Kroll        Date ▼  12-22-03

Handwritten signature (X) ▼

**G**

| Certificate will be mailed in window envelope to this address | Name ▼  Howard A  Kroll  Esq |
|---|---|
| | Number/Street/Apt ▼  350 W  Colorado Blvd  Suite 500 |
| | City/State/ZIP ▼  Pasadena  CA 91105 |

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application  shall be fined not more than $2,500 .

EXHIBIT  A

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA.

FORM *CA* /CON
UNITED STATES COPYRIGHT OFFICE

RE        VA 1 – 237 – 019

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

Dec. 29 2003
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

DEC 29 2003

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading  Title of this Work  in Space 1 of the basic form )

  HT 2259 Tacon   Crescent Silhouette   Ring Design

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )

  TACORI ENTERPRISES  INC  607 South Hill Street #414 Los Angeles  CA 90014

---

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work  AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?        Name of Country
☐ Yes        OR ☐ Citizen of ▶ _____
☐ No           ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work  AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?        Name of Country
☐ Yes        OR ☐ Citizen of ▶ _____
☐ No           ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work  AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?        Name of Country
☐ Yes        OR ☐ Citizen of ▶ _____
☐ No           ☐ Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No   If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No   Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

---

Use the reverse side of this sheet if you need more space for continuation of Spaces 2 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA  TX  or VA

EXHIBIT A
PAGE 19

**CONTINUATION OF** (Check which)   ☐ Space 1   ☑ Space b/c   ☐ Space 6

**C**
Continuation
of other
Spaces

Line Number  4  Line Heading or Description  Copyright Claimants
Incorrect Information  TACORI ENTERPRISES  INC
607 South Hill Street, #414
Los Angeles  California 90014
Corrected Information  TACORI ENTERPRISES
1736 Gardena Avenue
Glendale  California 91204
Explanation  The official name of the corporation does not include  INC   They have changed address

Line Number  4  Line Heading or Description  Transfer
Incorrect Information  None Supplied
Corrected Information  by Assignment
Explanation  Information was accidentally omitted

Certificate
will be
mailed in
window
envelope
to this
address

**D**

Name ▼
Howard A  Kroll  Esq

Number/Street/Apt ▼
350 W  Colorado Street, Suite 500

City/State/ZIP ▼
Pasadena  California 91105

EXHIBIT  A
PAGE  20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1−327−588**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*August 22 2005*
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

HT 2259 TACORI "CRESCENT SILLHOUETTE" RING DESIGN

| **Registration Number of the Basic Registration ▼** | **Year of Basic Registration ▼** |
|---|---|
| VA 1-187-165 | 2002 |

| **Name(s) of Author(s) ▼** | **Name(s) of Copyright Claimant(s) ▼** |
|---|---|
| TACORI ENTERPRISES, INC | TACORI ENTERPRISES, INC. |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number **3b** _____ Line Heading or Description **Date and Nation of First Publication of Work**

**Incorrect Information as It Appears in Basic Registration ▼**

Month: 10 Day: 09 Year: 2002

**Corrected Information ▼**

Month: 03 Day: 28 Year: 2001

**Explanation of Correction ▼**

The date on which the work was published was mistaken.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

EXHIBIT A
PAGE 21

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| AUG 2 2 2005 | | |
| **FUNDS RECEIVED DATE** | | |
| EXAMINED BY | _wu_ | FOR |
| | | COPYRIGHT |
| CORRESPONDENCE ☐ | | OFFICE |
| | | USE |
| REFERENCE TO THIS REGISTRATION ADDED TO | | ONLY |
| BASIC REGISTRATION ☒ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence Give name and address to which correspondence about this application should be sent.

Howard A. Kroll, Esq.
350 West Colorado Blvd., Suite 500, Pasadena, California 91105

Phone ( 626 ) 795-9900          Fax ( 626 ) 577-8800          Email howard.kroll@cph.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of **Tacori Enterprises**
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Howard A. Kroll, Esq.          Date ▼ 8-18-05

Handwritten signature (X) ▼ _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ Howard A. Kroll, Esq. |
|---|---|
| | Number/Street/Apt ▼ 350 West Colorado Blvd., Suite 500 |
| | City/State/ZIP ▼ Pasadena, California 91105 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2000

EXHIBIT _A_
PAGE _22_

# EXHIBIT B



**HT 2229**



**HT 2229A**



**HT 2258**



**HT 2264**





EXHIBIT B
PAGE 24